The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH M. FREEMAN,<br><br>　　　　　　Defendant. | NO. 23-cr-008-JLR<br><br>NOTICE OF CHANGE OF ADDRESS |

Pursuant to Local Rule 10(f) of the Local Rules of the Western District of Washington, Jennifer Wellman, counsel for Joseph M. Freeman, hereby provides notice of a change of address to the following:

　　　　　　Jennifer Wellman
　　　　　　SKELLENGER BENDER, P.S.
　　　　　　520 Pike Street, Suite 1001
　　　　　　Seattle, WA 98101

Dated this 23rd day of February 2023.

　　　　　　_____
　　　　　　Jennifer Wellman, WSBA No. 29193
　　　　　SKELLENGER BENDER, P.S.
　　　Attorneys for Joseph M. Freeman

NOTICE OF CHANGE OF ADDRESS – 1

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

3805783.docx