The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH M. FREEMAN,<br><br>Defendant. | NO. CR23-008-JLR<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Jehiel I. Baer hereby appears on behalf of the United States, for the specific purpose of litigating the forfeiture aspects of this case. Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Baer at:

> JEHIEL I. BAER
> Assistant United States Attorney
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, WA  98101
> Phone: (206) 553-2242
> Fax: (206) 553-6934
> Jehiel.Baer@usdoj.gov

//

Notice of Appearance - 1
*United States v. Freeman,* CR23-008-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   DATED this 24th day of April, 2023.

2

3                                                     Respectfully submitted,

4                                                     NICHOLAS W. BROWN
                                                      United States Attorney
5

6                                                      *s/ Jehiel I. Baer*
                                                      JEHIEL I. BAER
7                                                     Assistant United States Attorney
                                                      United States Attorney's Office
8                                                     700 Stewart Street, Suite 5220
                                                      Seattle, WA  98101
9                                                     Phone: (206) 553-2242
                                                      Fax: (206) 553-6934
10                                                    Jehiel.Baer@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Notice of Appearance - 2
*United States v. Freeman,* CR23-008-JLR

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

*s/ Donna R. Taylor*
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4132
Fax: (206) 553-6934
Donna.R.Taylor@usdoj.gov

Notice of Appearance - 3
*United States v. Freeman,* CR23-008-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970