The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-008-JLR |
| Plaintiff, | [PROPOSED] |
| v. | **ORDER OF FORFEITURE** |
| JOSEPH M. FREEMAN, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for an Order of Forfeiture ("Motion") seeking to forfeit to the United States, Defendant Joseph M. Freeman's interest in a sum of money ("Forfeiture Money Judgment") in the amount of $426,666.88, representing proceeds the Defendant obtained as a result of his commission of Conspiracy to Commit Theft of Government Funds, in violation of 18 U.S.C. § 371.

The Court, having reviewed the United States' Motion, as well as other papers and pleadings filed in this matter, hereby FINDS an Order of Forfeiture is appropriate because:

Order of Forfeiture - 1
*United States v. Freeman*, CR23-008-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Conspiracy to Commit Theft of Government Funds, in violation of 18 U.S.C. § 371, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);
- In his plea agreement, Defendant agreed to the above-identified Forfeiture Money Judgment pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), as it reflects proceeds he personally obtained from his commission of the offense, Dkt. No. 10 ¶ 14; and,
- This Forfeiture Money Judgment is personal to Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and his plea agreement, Defendant's interest in the above-identified sum of money in the amount of $426,666.88 is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) – (B), this Order will become final as to the Defendant at the time he is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3. No right, title, or interest in the Forfeiture Money Judgment exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Forfeiture Money Judgment, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed this sum of money;

5. Pursuant to the amended plea agreement, the United States will request that the Attorney General apply any amounts it collects toward satisfaction of this Forfeiture Money Judgment to the restitution that is ordered;

Order of Forfeiture - 2
*United States v. Freeman*, CR23-008-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. Pursuant to the amended plea agreement, any amount Defendant pays toward restitution will be credited against the Forfeiture Money Judgment; and,

7. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 5th day of May, 2023.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Order of Forfeiture - 3
*United States v. Freeman*, CR23-008-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970