The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH M. FREEMAN, <br><br> Defendant. | NO. 23-cr-008-JLR <br><br> [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SURRENDER DATE |

This Court has considered Defendant Freeman's Unopposed Motion to Continue Surrender Date, this proposed form of Order, and the pleadings and records already on file. It is therefore,

ORDERED that Mr. Freeman's Unopposed Motion to Continue Surrender Date GRANTED. Mr. Freeman shall surrender to Bureau of Prisons no later than September 29, 2023.

DATED this 21st day of August 2023.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE SURRENDER DATE – 1

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

3930273.docx

1  Presented by:

2  _____

3  Jennifer Wellman, WSBA No. 29193
   SKELLENGER BENDER, P.S.
   Attorneys for Joseph M. Freeman
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE SURRENDER DATE – 2

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

3930273.docx