The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 23-cr-008-JLR |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SURRENDER DATE |
| JOSEPH M. FREEMAN, | |
| Defendant. | |

This Court has considered Defendant Freeman's Unopposed Motion to Continue Surrender Date, this proposed form of Order, and the pleadings and records already on file. It is therefore,

ORDERED that Mr. Freeman's Unopposed Motion to Continue Surrender Date is GRANTED. Mr. Freeman shall surrender to Bureau of Prisons no later than March 15, 2024.

DATED this 28th day of December 2023.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Jennifer Wellman, WSBA No. 29193
SKELLENGER BENDER, P.S.
Attorneys for Joseph M. Freeman

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE SURRENDER DATE – 1

skellenger **bender**

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

4025959.docx