The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH M. FREEMAN, <br><br> Defendant. | NO. 23-cr-008-JLR <br><br> ORDER GRANTING MOTION TO SEAL EXHIBIT B |

This Court has considered Defendant Freeman's Motion to Seal Exhibit B to the Motion to Extend Surrender Date, this proposed form of Order, and the records and pleadings already on file. It is therefore

ORDERED that Defendant Freeman's Motion to Seal Exhibit B is GRANTED and that Exhibit B shall remain under seal.

Dated this 28th day of December 2023.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Jennifer Wellman, WSBA No. 29193
SKELLENGER BENDER, P.S.
Attorneys for Joseph M. Freeman

ORDER GRANTING MOTION TO SEAL
EXHIBIT B – 1

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

4025958.docx