The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH M. FREEMAN, <br><br> Defendant. | NO. 23-cr-008-JLR <br><br> ORDER GRANTING UNOPPOSED MOTION TO SEAL MEDICAL RECORDS |

This Court has considered Defendant Freeman's Unopposed Motion to Seal Medical Records, this proposed form of Order, and the records and pleadings already on file. It is therefore

ORDERED that Defendant Freeman's Unopposed Motion to Seal Medical Records is GRANTED and that the medical records shall remain under seal.

Dated this 9th day of July 2024.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION
TO SEAL MEDICAL RECORDS – 1

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

Case 2:23-cr-00008-JLR   Document 44-1   Filed 07/08/24   Page 2 of 2
Case 2:23-cr-00008-JLR   Document 47   Filed 07/09/24   Page 2 of 2

1  Presented by:

2
   *s/ Jennifer Wellman*
3  Jennifer Wellman, WSBA No. 29193
   SKELLENGER BENDER, P.S.
4  Attorneys for Joseph M. Freeman

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO SEAL MEDICAL RECORDS – 2

skellenger **bender**

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501