The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH M. FREEMAN,<br><br>Defendant. | NO. 23-cr-008-JLR<br><br>ORDER GRANTING AGREED MOTION TO CONTINUE SURRENDER DATE |

This Court has considered the Agreed Motion to Continue Surrender Date, the medical records filed under seal, this proposed form of Order, and the pleadings and records already on file. It is therefore,

ORDERED that Mr. Freeman's Agreed Motion to Continue Surrender Date is GRANTED. Mr. Freeman shall surrender to the Bureau of Prisons no later than August 15, 2024.

DATED this 9th day of July 2024.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AGREED MOTION TO
CONTINUE SURRENDER DATE – 1

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

1  Presented by:

2  
3  *s/ Jennifer Wellman*
   Jennifer Wellman, WSBA No. 29193
   SKELLENGER BENDER, P.S.
4  Attorneys for Joseph M. Freeman

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO SEAL MEDICAL RECORDS – 2

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501