The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH M. FREEMAN,<br><br>Defendant. | NO. 23-cr-008-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR COMPASSIONATE RELEASE |

This Court has considered Mr. Freeman's Unopposed Motion for Compassionate Release (together with Exhibits A through I), this proposed form of Order, and the pleadings and records already on file. It is therefore,

ORDERED that Mr. Freeman's Unopposed Motion for Compassionate Release is GRANTED. Mr. Freeman shall be released from the custody of the Bureau of Prisons immediately to begin his three-year term of supervised release.

IT IS FURTHER ORDERED that all other conditions and terms of the Judgment entered remain in full force and effect.

DATED this 30th day of September 2024.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR COMPASSIONATE RELEASE – 1

skellenger **bender**

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

Presented by:

*s/ Jennifer Wellman*
Jennifer Wellman, WSBA No. 29193
SKELLENGER BENDER, P.S.
Attorneys for Joseph M. Freeman

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR COMPASSIONATE RELEASE – 2

skellenger **bender**

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501