The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH M. FREEMAN,<br><br>Defendant. | NO. 23-cr-008-JLR<br><br>ORDER GRANTING UNOPPOSED MOTION TO SEAL EXHIBITS |

This Court has considered Mr. Freeman's Unopposed Motion to Seal Exhibits, this proposed form of Order, and the records and pleadings already on file. It is therefore

ORDERED that Mr. Freeman's Unopposed Motion to Seal Exhibits is GRANTED and that the Exhibits shall remain under seal.

Dated this __1ST__ day of ~~September~~ October 2024.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO SEAL EXHIBITS – 1

skellenger **bender**

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

Presented by:

_s/ Jennifer Wellman_
Jennifer Wellman, WSBA No. 29193
SKELLENGER BENDER, P.S.
Attorneys for Joseph M. Freeman

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SEAL EXHIBITS – 2

skellenger **bender**

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501